ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil No. 02-0829 JEL/JGL

IBEW NO. 292 HEALTH CARE PLAN, ELECTRICAL WORKERS LOCAL NO. 292 PENSION FUND, ELECTRICAL WORKERS LOCAL NO. 292 ANNUITY & 401 (K) FUND, ELECTRICAL WORKERS LOCAL NO. 292 VACATION & HOLIDAY FUND, MINNEAPOLIS ELECTRICAL INDUSTRY BOARD/JATC/LMCC,

Plaintiffs,

vs.

**ORDER**

THEATRE TECH, INC.,

Defendant.

IT IS HEREBY ORDERED that Plaintiffs Request for a 60-day extension in which to take action on the above matter is granted. Plaintiffs shall have 60-days from the date of this Order to take action on this matter.

Date: 8-9-1, 2002

Magistrate Judge Jonathan G. Lebedoff
United States District Court

97162

FILED ____ 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____